# Third District Court of Appeal
## State of Florida

Opinion filed April 20, 2022.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D21-2279
Lower Tribunal No. F94-39774
_____

**Luis Sanchez,**
Appellant,

vs.

**The State of Florida,**
Appellee.

An Appeal under Florida Rule of Appellate Procedure 9.141(b)(2) from the Circuit Court for Miami-Dade County, Carmen Cabarga, Judge.

Luis Sanchez, in proper person.

Ashley Moody, Attorney General, and Magaly Rodriguez, Assistant Attorney General, for appellee.

Before SCALES, LINDSEY, and MILLER, JJ.

PER CURIAM.

We affirm the order on appeal and remand for correction of the judgment. Defendant properly contends the judgment should be corrected to note the correct classification of the armed robbery counts (counts 1, 3, 5, 7 & 13) as first-degree felonies punishable by life in prison (1PBL). See § 812.13(2)(a), Fla. Stat. (2021). This correction can be made without the defendant being present because it was clerical error. See White v. State, 41 So. 3d 257 (Fla. 3d DCA 2010).

Affirmed and remanded with instructions.